IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IVAN PARIS, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Case No. 3:25-cv-2788 |
| | § | |
| AMBER GIVENS | § | |
| *Defendants.* | § | |
| | § | |

---

## JUDGE GIVENS' MOTION TO DISMISS

---

TO THE HONORABLE ADA BROWN:

NOW COMES Judge Amber Givens ("Judge Givens") and files this Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6).

## I.
## NATURE OF CASE AND STAGE OF PROCEEDING

Ivan Paris ("Plaintiff") filed a Complaint against Judge Givens, who is sued in her individual capacity only. (Doc. 1, ¶ 2). Plaintiff alleges Constitutional claims, pursuant to 42 U.S.C. § 1983 and a state tort of false imprisonment. (Doc. 1, ¶¶ 21-43). Plaintiff seeks monetary damages and attorney fees relief. (Doc. 1, ¶¶ 44-52).

## II.
## STATEMENT OF THE ISSUES/ SUMMARY OF THE ARGUMENT

As more fully set forth in her Brief in Support of the Judge Givens' Motion to Dismiss, Judge Givens contends the following:

Plaintiff's claims must be dismissed because they are barred by Judicial Immunity, as Plaintiff complains about Judge Givens' judicial acts in presiding over a case pending in state court. See *Mireles v. Waco,* 502 U.S. 9, 11–12, (1991). There are only two circumstances when judicial immunity may be overcome: a judge is not immune from liability for nonjudicial actions, and a judge is not immune for actions, though judicial in nature, that are taken in the complete absence of jurisdiction. *Davis v. Tarrant Cnty*., 565 F.3d 214, 220 (5th Cir. 2009). Neither is present in this lawsuit. As a result, the claims should be dismissed.

### III.
### CONCLUSION

This Court should dismiss Plaintiff's lawsuit against Judge Givens, who retains judicial immunity to Plaintiff's claims,

WHEREFORE, Defendant Judge Amber Givens prays that Plaintiff takes nothing by his suit.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil

Litigation

KIMBERLY GDULA
Chief, General Litigation Division

*/s/ Scot M. Graydon*
SCOT M. GRAYDON
Assistant Attorney General
Texas Bar No. 24002175
OFFICE OF THE ATTORNEY
GENERAL
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 / Fax (512) 320-0667
Scot.Graydon@oag.texas.gov

*ATTORNEYS FOR DEFENDANT JUDGE*
*AMBER GIVENS*

## CERTIFICATE OF CONFERENCE

The undersigned conferred with Counsel for Plaintiff in writing prior to filing this motion to comply with Judge Brown's requirement. The undersigned advised Counsel for Plaintiff of the judicial immunity asserted in this motion and included the timeline for filing an Advisory with the Court. Plaintiff is opposed to this Motion to Dismiss.

/s/ Scot M. Graydon
**SCOT M. GRAYDON**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I certify that a copy of the above *Judge Givens' Motion to Dismiss* was served on the **19th day of November, 2025**, upon all parties who have entered an appearance, upon all parties using the CM/ECF system.

/s/ Scot M. Graydon
**SCOT M. GRAYDON**
Assistant Attorney General

## CERTIFICATE OF COMPLIANCE

Pursuant to Standing Procedures of Judge Ada Brown, Section II. Motion Practice, Section A, I certify that this Motion to Dismiss complies with the type-volume limitations, and that there are 260 words. This motion is printed in a proportionally spaced, serif typeface using Times New Roman 14-point font in text and Times New Roman 11-point font in footnotes produced by Microsoft Word 2013 software.

/s/ Scot M. Graydon
**SCOT M. GRAYDON**
Assistant Attorney General